STATE of Missouri, Plaintiff/Respondent,

v.

Michael DUKE, Defendant/Appellant.

No. 73366.

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 22, 1998.

Richard B. Dempsey, Washington, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., C.J., KAROHL, J., and ROBERT E. CRIST, Senior Judge.

## ORDER

PER CURIAM.

Defendant Michael Duke appeals from the judgment and conviction of attempted first degree-murder, Section 564.011, RSMo 1994, and driving while intoxicated, Section 577.010, RSMo 1994, in this bench-tried case.

We have reviewed the briefs of the parties, the transcript, and the legal file on appeal and find no error of law. A written opinion would serve no jurisprudential purpose and we affirm by summary order. Judgment affirmed pursuant to Rule 30.25(b).